TROPHEM BORODAEFF, RESPONDENT, v. PROVINCE LINE DAIRY, INCORPORATED, APPELLANT.

Submitted October 28, 1932—Decided January 23, 1933.

For the respondent, *James S. Turp.*

For the appellant, *Coult, Satz & Tomlinson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court, and reported in 109 *N. J. L.* 25.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 11.

*For reversal*—None.